IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| KADY DEESE, as surviving spouse and) as the administrator of the estate of) MATTHEW DEESE,<br><br>　　　　　　　　Plaintiff,<br>v.<br><br>Deputy RYAN POWELL, et al.,<br><br>　　　　　　　　Defendants. | *<br>*<br>　Case No.5:24-CV-61 (MTT)<br>*<br>*<br>* |

## **J U D G M E N T**

Pursuant to this Court's Order dated May 1, 2025, and for the reasons stated therein, JUDGMENT is hereby entered in favor of Defendants. Plaintiff shall recover nothing of Defendants. Defendants shall also recover costs of this action.

This 2nd day of May, 2025.

　　　　　　　　　　　　　　　　　　　　　　David W. Bunt, Clerk


　　　　　　　　　　　　　　　　　　　　　　s/ Raven K. Alston, Deputy Clerk